No. 81–1098 (A–330). CENTRAL INTELLIGENCE AGENCY ET AL. *v.* HOLY SPIRIT ASSOCIATION FOR THE UNIFICATION OF WORLD CHRISTIANITY. C. A. D. C. Cir. Motion of respondent to modify the order entered by THE CHIEF JUSTICE on November 17, 1981, is granted, and the order is vacated insofar as it relates to the "35 congressionally generated documents." In all other respects, the order of THE CHIEF JUSTICE entered November 17, 1981, is continued pending this Court's final disposition of the petition for writ of certiorari.

No. 81–5612. IN RE BEACH;

No. 81–5859. IN RE KING; and

No. 81–5869. IN RE CLAYBORNE. Petitions for writs of habeas corpus denied.

No. 81–5880. IN RE PAUL. Petition for writ of mandamus and/or prohibition denied.

No. 81–485. HILLSBORO NATIONAL BANK *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir.; and

No. 81–930. UNITED STATES *v.* BLISS DAIRY, INC. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: No. 81–485, 641 F. 2d 529; No. 81–930, 645 F. 2d 19.

No. 80–1499. COMMISSIONER OF INTERNAL REVENUE *v.* DELTA METALFORMING CO., INC. C. A. 5th Cir. Certiorari denied.

No. 81–551. ZAMBUTO *v.* UNITED STATES;

No. 81–617. D'ANGELO *v.* UNITED STATES;

No. 81–754. VALLONE *v.* UNITED STATES; and

No. 81–805. TODISCO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 667 F. 2d 255.

No. 81–649. COLLINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.